FOOTE & DAVIES INC. *v.* HUIET, commissioner of labor.

BELL, Chief Justice. This case is controlled by the decision in *Tyler* v. *Huiet,* ante, 845.

*Judgment affirmed. All the Justices concur.*

No. 15230. OCTOBER 6, 1945. REHEARING DENIED DECEMBER 3, 1945.

*Smith, Kilpatrick, Clay & Cody, Devereaux F. McClatchey, J. P. Swann,* and *A. L. Henson,* for plaintiff.

*Clifford Walker* and *J. Benton Evans,* for defendant.